**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EFRAIN MARTINEZ, individually and on behalf
of himself and all other persons similarly situated,
and LEOVIGILDO VASQUEZ,
                Plaintiffs,

-against-

2009 BAMKP CORP., d/b/a La Antillana; ST
NICHOLAS JM DELI GROCERY, INC., d/b/a
La Antillana; and PABLO PEGUERO,
                Defendants.
-----------------------------------------------------------X

18 **CIVIL** 7414 (GBD)(KNF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated January 23, 2020, Magistrate Judge Fox's Report is ADOPTED. Defendants are ordered to pay Martinez $160,656.99 in damages, Vasquez $137,463.12 in damages, and Plaintiffs $9,228 in attorneys' fees and costs.

**Dated:** New York, New York
       January 24, 2020

                                          **RUBY J. KRAJICK**
                                              Clerk of Court
**BY:**
                                              **Deputy Clerk**